| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JULIO SANDOVAL,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>        Defendants. | No. 1:20-cv-01374-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 20, 24) |

Plaintiff Julio Sandoval is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2021, plaintiff filed an "Order to Show Cause for a Preliminary Injunction." (Doc. No. 20.) On March 25, 2021, the assigned magistrate judge issued findings and recommendations construing plaintiff's filing as a motion for preliminary injunction and recommending that the motion be denied for numerous reasons. (*Id.* at 4.) Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

1

magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on March 25, 2021 (Doc. No. 24) are adopted in full; and
2. Plaintiff's motion for injunctive relief (Doc. No. 20) is denied.

IT IS SO ORDERED.

Dated: **May 10, 2021**

_____
UNITED STATES DISTRICT JUDGE